# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-4291

_____

| | | |
|---|---|---|
| Mrs. James R. Anderson, also known as Sharon (Scarella) Anderson, Candidate for State Attorney General, | * * * * | |
| Appellant, | * * | |
| John Doe; Mary Roe, and all others similarly situated, | * * * | Appeal from the United States District Court for the District of Minnesota. |
| Plaintiffs, | * * | |
| v. | * * * | [UNPUBLISHED] |
| Hon. Jesse Brown, U.S. Secretary of Veterans Affairs; Arne Carlson, Minnesota Governor; Daniel P. McKee, M.D., as an Individual and Medical Doctor; John Doe; Mary Roe, | * * * * * * | |
| Appellees. | * | |

_____

Submitted:  June 5, 1998
Filed: June 25, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Sharon Anderson appeals the district court's[1] dismissal of her complaint for failure to state a claim under Federal Rules of Civil Procedure 12 (b)(6). After de novo review of the record and the parties' briefs, we affirm for the reasons stated by the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE ANN D. MONTGOMERY, United States District Judge for the District of Minnesota.